UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LORNA MANSOUR and KENNETH
VAPHIDES,

                Plaintiffs,

   -against-

CITY OF NEW YORK and NEW YORK
CITY POLICE DEPARTMENT,

                Defendants.

----------------------------------------------------------X

**ORDER**
**11 CV 2643 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

    Defendants request that the Court stay this action until the conclusion of the criminal proceedings against plaintiffs. (Docket entry 10.) Plaintiffs do not consent. The Court shall address defendants' request and plaintiffs' objection at the initial pretrial conference on November 17, 2011 at 10:00 a.m. in Courtroom 11A.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 10, 2011
         Brooklyn, New York

