UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

LORNA MANSOUR and KENNETH VAPHIDES,

                Plaintiffs,

-against-

CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT,

                Defendants.

------------------------------------------------------X

**ORDER**
**11 CV 2643 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held the initial pretrial conference in this *pro se* civil rights action on November 17, 2011. Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997) (per curiam), the Court directs defendants' counsel to provide the full names and correct service addresses for the police officers involved in plaintiffs' arrest on March 3, 2010 as well as the police officer involved in the July 19, 2008 incident alleged by plaintiffs by December 19, 2011. The Office of the Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiffs may name and properly serve these defendants. Until the individual defendants have been identified and served with process, the Court will not stay this action. Defendants' motion to stay (docket entry 10) is therefore denied without prejudice, and may be renewed once defendants have been identified and served.

SO ORDERED.

                                                                          LOIS BLOOM
                                                                          United States Magistrate Judge

Dated: November 18, 2011
       Brooklyn, New York